| | | | | |
|---|---|---|---|---|
| AO 91 (Rev. 11/11)  Criminal Complaint | AUSA: | Frankie Dame | Telephone: (313) 226-9526 | |
| | Special Agent: | Christopher Loperfido, ATF | Telephone: (313) 202-3400 | |

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Michigan

United States of America
  v.
Talisha Denean Adams

Case No.

Case: 2:26−mj−30041
Assigned To : Unassigned
Assign. Date : 1/22/2026
Description: RE: SEALED MATTER
(EOB)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  August 6, 2014 through January 22, 2026  in the county of  Wayne and Macomb  in the  Eastern  District of  Michigan , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(a)(1)(A) | Engaging in the Business of Dealing Firearms Without a License |
| 18 U.S.C. § 922(a)(6) | False Statement During Purchase of a Firearm |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Christopher Loperfido, Special Agent, ATF
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date:   January 22, 2026

_____
*Judge's signature*

City and state:  Detroit, MI

Hon. David R. Grand, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Christopher E. Loperfido, being duly sworn, depose and state the following:

## I.      INTRODUCTION

1.      I have been a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) since December of 2018. I am currently assigned to the ATF Detroit Field Division. I have received extensive training on firearms identification and common scenarios involving firearms trafficking.

2.      During my employment with ATF, I have helped investigate criminal violations relating to firearms, violent crime, and controlled substances. I have participated in many aspects of criminal investigations, including, but not limited to, interviews, physical surveillance, and executing search warrants.

3.      I make this affidavit from personal knowledge based on my participation in this investigation, including interviews conducted by myself and/or other law enforcement agents, communications with others who have personal knowledge of the events and circumstances described herein, review of reports by myself and/or other law enforcement agents, and information gained through my training and experience. The information outlined below is provided for the limited purpose of establishing probable cause and does not contain all the information known to law enforcement related to this investigation.

4. ATF is currently conducting a criminal investigation concerning Talisha Denean Adams (DOB: XX/XX/1982), for violation of 18 U.S.C. § 922(a)(1)(A) (Engaging in the Business of Dealing Firearms Without a License), and 18 U.S.C. § 922(a)(6) (False Statement During Purchase of a Firearm).

## II.     PROBABLE CAUSE

5. In June 2024, ATF conducted a review of a Detroit Police Department (DPD) report (case #XXXXXX-0262) relating to a firearm purchased by Adams that was recovered by law enforcement from an individual other than Adams 56 days after it was purchased.

6. ATF reviewed all ATF Trace Summary Reports associated with Adams and discovered that Adams had purchased other firearms that law enforcement later recovered from other individuals.

7. In September 2024, ATF interviewed Adams at her residence in Eastpointe, MI. During the interview, Adams said that about two years ago she met an unknown male on Facebook who was a mutual friend suggestion. The two individuals spoke via Facebook Messenger on or about May 2, 2022. The unknown male offered Adams $400.00 in cash each time she purchased a firearm for him. Adams said she purchased one firearm at DeRonne Hardware in Eastpointe, MI and one firearm from a store in Sterling Heights, which Adams thought was IFA Tactical.

8.      Adams stated she provided a photograph of her driver's license to the unknown male for the firearm purchases and everything else related to the purchases was set up for her—she just had to pay the transfer fees.  The unknown male gave Adams $800.00 for purchasing two firearms.  Adams said she did not register those two firearms.

9.      For each of these known purchases, Adams filled out a "Firearms Transaction Record," or ATF Form 4473, stating that she was the "actual buyer" of the firearm and that she did not "intend to sell or otherwise dispose of any firearm listed on this form . . . in furtherance of any felony." Purchasing a weapon for someone else is commonly called a "straw purchase," and violates 18 U.S.C. § 922(a)(6), which prohibits making a false statement during the purchase of a firearm.

10.     Another section of the ATF Form 4473, located directly above the purchaser signature line, informed Adams of specific federal violations that pertain to firearm purchases. For each purchase, Adams signed the form 4473 declaring that she understood that "the repetitive purchase of firearms for the purpose of resale for livelihood and profit without a federal firearms license is a violation of Federal law." The instructions state that 18 U.S.C. § 922(a)(1)(A) makes it unlawful for a person to deal in firearms without a license.

11.     Adams does not currently possess a Federal Firearms License.

## RECOVERY OF FIREARMS IN CRIMES

12.     Five of the six firearms that ATF knows Adams purchased were recovered by law enforcement during criminal investigations from individuals other than Adams, the majority of which were soon after Adams purchased them.

13.     According to ATF statistics, the median time-to-crime for firearms purchased in and recovered by law enforcement in the United States is 1,293 days—or slightly more than three years.  Adams's five firearms were recovered with a median time-to-crime of 244.6 days, while some were recovered by police in the hands of others as soon as 56, 71, and 77 days after Adams purchased them.

### Firearm Recovery #1

14.     On August 6, 2014, Adams purchased a Smith and Wesson, model SD40VE, .40 caliber pistol bearing serial number HFN2895 from Joe's Gun Shop located at 7531 North Farmington, Westland, MI.  On October 16, 2014, DPD recovered this firearm in a vehicle near XXXXX Hoover Street, Detroit, MI, in the possession of Adams's husband John Adams. At that time, John was already a convicted felon and therefore should not have had access to Adams's firearm.

### Firearm Recovery #2

15.     On June 24, 2023, Adams purchased a Glock, model 29 Gen 4, 10mm pistol bearing serial number AGXM670 from DeRonne Hardware Inc. at 18561 Nine Mile Road, Eastpointe, MI.  On August 19, 2023, DPD recovered this firearm during

4

a traffic stop near XXXXX Lakepoint Street, Detroit, MI.  According to the police report, the driver was driving fast and almost crashed into DPD officers. Officers began pursuing and the driver drove into the backyard of a residence and tried to flee from the vehicle. Officers caught him, however, and arrested him for reckless driving. When they searched the vehicle, they found the aforementioned firearm.

### Firearm Recovery #3

16.   On July 26, 2023, Adams purchased a Glock, model G30, .45 caliber pistol bearing serial number AHEP246 from Action Impact located at 14855 East Eight Mile Road, Eastpointe, MI.

17.   On October 11, 2023, the Ecorse Police Department (EPD) responded to a call for domestic violence with a firearm.  When officers arrived, they saw a juvenile who had what appeared to be a firearm in his pants refusing to comply with law enforcement. Once the individual was secure, officers discovered that the firearm in his pants was the same firearm Adams had purchased. They also found several bags of marijuana.

18.   ATF Agents are familiar with the individual as he is an active member of the "AYN" (Active Young Niggas) criminal street gang.  Additionally, in September 2024, he was arrested following a high-speed chase during which the vehicle he was in crashed.  The individual fled from the vehicle and law enforcement recovered a Glock with a machine gun conversion device and an AR-style rifle.  The

5

individual was put on an ankle monitor for the terms of his bail.  A review of this data showed that the individual was present at a later incident on January 1, 2025, when shots were fired at vehicles and into the air by multiple individuals.

19.     This firearm was test-fired for entry into the National Integrated Ballistic Information Network (NIBIN). The preliminary results showed that on September 20, 2023, just two months after Adams purchased the firearm, the firearm was used in a shooting.  According to the police report, a ShotSpotter call came out and DPD police responded.  They found two people carrying a victim of a gunshot wound, who was laid on top of the patrol car.  The officers loaded the victim into their vehicle and took the victim to St. John Hospital. They asked the victim about the shooters and the victim stated there were two of them and they were on foot.  A witness later reported hearing a large number of shots—around "100," he estimated. Officers returned to the scene and recovered a large number of shell casings on Casino Street between Nottingham Street and Beaconsfield Street.

### Firearm Recovery #4

20.     On January 22, 2024, Adams purchased a Glock, model 26 Gen 5, 9mm pistol bearing serial number AKBE341 from DeRonne Hardware Inc. at 18561 Nine Mile Road, Eastpointe, MI.  DPD recovered this firearm on November 16, 2024, during a traffic stop at XXXX Fenkell Road, Detroit, MI.  Officers found the firearm hidden in the steering column after they saw the driver moving around near the

steering column before they made contact.  This firearm was test-fired for entry into NIBIN.  The preliminary results showed the firearm had no matches. Adams did not report this firearm stolen.

**Firearm Recovery #5**

21.    On February 9, 2023, Adams purchased a Zastava, model ZPAP92, 7.62 caliber pistol bearing serial number Z92-101015 from Michi-Gun & Tackle Company located at 31516 Harper Avenue, Saint Clair Shores, MI.

22.    On January 29, 2025, DPD recovered this firearm in the possession of an individual at XXXXX Glenwood Street, Detroit, MI. DPD officers saw a vehicle traveling fast stop at a location.  The driver then got out and fled on foot.  After officers detained him, they learned that the vehicle was stolen.  And inside the stolen vehicle was the Zastava firearm that Adams purchased.

23.    This firearm was test-fired for entry into NIBIN.  There were two preliminary results:

     a. On March 2, 2023—just 21 days after Adams purchased the firearm— a ShotSpotter incident occurred near the intersection of Manning and Runyon Street, Detroit, MI.  On March 28, 2023, DPD recanvassed this area and found an expended shell casing matching the firearm Adams purchased.

b. On November 7, 2023, a ShotSpotter incident occurred near XXXXX Strasburg Street, Detroit, MI.  When officers arrived on scene, a suspect stated the neighbor wouldn't turn the music down.  The neighbor stated the suspect came outside with a firearm and fired multiple shots in the air.  Officers noticed and recovered multiple expended shell casings from this driveway matching the firearm Adams purchased.

24. On February 6, 2025, the Clinton Township Police Department (CTPD) and ATF interviewed Adams.  Adams claimed this firearm was stolen from her vehicle in May 2023.  However, there was no report filed indicating this firearm had been stolen.  Adams then immediately requested to use the bathroom and upon her return asked the investigator what the Zastava firearm was and said she didn't recognize it by brand name.

**Firearm Recovery #6**

25. On March 11, 2017, Adams purchased a Smith and Wesson, model SD9VE, 9mm pistol bearing serial number FXY2396 from Downriver Guns and Ammo located at 19999 Dix-Toledo Road, Brownstown, MI. On February 6, 2025, while executing a search warrant, CTPD found this firearm in Adams's bedroom.

26. This firearm was test-fired for entry into NIBIN.  The preliminary results showed that on March 30, 2022, at approximately 2:00 a.m., this firearm was used during an assault at XXXXX Fenelon Street, Detroit, MI. The woman who lives

8

at that address told police that a 21-year-old man who lives next door asked to speak her son, who lives with her.  The woman said that when she looked outside she saw four unidentified black males, one of whom had an AK-style rifle. She did not open the door, and the individuals left and went down the corner.  Then more than one of them began started firing shots into the air and making threats towards her son.  When law enforcement arrived on scene, they found approximately eight expended 9mm caliber shell casings and one expended 5.56 caliber shell casing.

### REVIEW OF ADAMS'S PHONE

27.    Between June 2025 and July 2025, ATF reviewed Adams's cellular phone, which CTPD seized in February 2025 while executing a state search warrant at Adams's residence.  In May 2025 ATF obtained a warrant to review the data.  This review revealed conversations regarding buying and selling firearms, photographs of firearms, and photographs of felon John Adams in possession of firearms.

28.    On June 25, 2023, Adams sent this text message to an unknown individual: "afternoon cuzzin.  Cm ask twon of he know someone looking to purchase a firearm.  Gt a glock 29 brand new otf for $550."  Adams had just bought that firearm from DeRonne Hardware one day before on June 24, 2023.

29.    On August 19, 2023, the Facebook user "Liisha Love" sent this Facebook Message to username "Tiffany Oatis": "U know anybody looking fa sum

heat?? Brand new g-lock 27 otf $600." Per the Law Enforcement Information Network, Adams does not have a Glock, model 27 pistol registered to her.

## II. CONCLUSION

30. Probable cause exists to believe that Talisha Denean Adams violated 18 U.S.C. § 922(a)(1)(A) (Engaging in the Business of Dealing Firearms Without a License), and 18 U.S.C. 922(a)(6) (False Statement During Purchase of a Firearm).

Respectfully submitted,

_____
Christopher E. Loperfido, Special Agent
Bureau of Alcohol, Tobacco, Firearms and
Explosives

Sworn to before me and signed in my
presence and/or by reliable electronic means.

_____
Honorable David R. Grand
United States Magistrate Judge

Dated: _____January 22, 2026_____

10