*3*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

TALISHA ADAMS,

Defendant.

_____/

Case: 2:26-cr-20054
Assigned To : Berg, Terrence G.
Referral Judge: Stafford, Elizabeth A.
Assign. Date : 2/5/2026
Description: INDI USA v ADAMS (JP)

VIOLATIONS:
18 U.S.C. § 922(a)(1)(A)

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE
18 U.S.C. § 922(a)(1)(A)
*Engaging in the Business of Dealing Firearms Without a License*

From in or around November 2022, through in or around January 2024, in the Eastern District of Michigan, the defendant, TALISHA ADAMS, not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, willfully engaged in the business of dealing in firearms, in violation of 18 U.S.C. § 922(a)(1)(A).

## FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are realleged and incorporated by reference to allege forfeiture under Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461.

Upon being convicted of the offense charged in Count One of this Indictment, Defendant TALISHA ADAMS shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any firearm and ammunition involved in or used in any knowing violation of said offense.

THIS IS A TRUE BILL

*s/ Grand Jury Foreperson*
GRAND JURY FOREPERSON

JEROME F. GORGON JR.
United States Attorney

*s/ Craig F. Wininger*
Craig F. Wininger
Chief, Violent and Major Crimes

*s/ Tara Hindelang*
Tara Hindelang
Frank Dame
Assistant United States Attorneys

Dated: February 5, 2026

2

Case: 2:26-cr-20054
Assigned To : Berg, Terrence G.
Referral Judge: Stafford, Elizabeth A.
Assign. Date : 2/5/2026
Description: INDI USA v ADAMS (JP)

| **United States District Court** **Eastern District of Michigan** | **Criminal Case Cover** | |
|---|---|---|

**NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.**

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | **Judge Assigned:** |
| ☐ Yes    ☒ No | **AUSA's Initials:**  TMH |

**Case Title: USA v.** Talisha Adams

**County where offense occurred :** Wayne and Macomb

**Check One:**    ☒ **Felony**        ☐ **Misdemeanor**        ☐ **Petty**

_____Indictment/_____Information --- **no** prior complaint.

✓ Indictment/_____Information --- based upon prior complaint [**Case number:** 26-mj-30041           ]

_____Indictment/_____Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____    **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

February 5, 2026
Date

s/ Tara M. Hindelang
Tara M. Hindelang
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone: 313-226-9543
Fax:   313-226-2372
E-Mail address: tara.hindelang@usdoj.gov
Attorney Bar #: P78685

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.

5/16